| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Koeltl, John G. | 2. Court or Organization U.S.D.C. Southern District-NY | 3. Date of Report 05/13/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address United States Courthouse 500 Pearl St. Room 1030 New York,New York 10007-1581 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. GENERAL PARTNER | PELF PARTNERS - REAL ESTATE PARTNERSHIP (PASSIVE) |
| 3. ADJUNCT LAW PROFESSOR | NY UNIVERSITY LAW SCHOOL |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Koeltl_John_G

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G. | 05/13/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | PELF PARTNERS - BUSINESS INCOME (ESTIMATED - 2008 K-1 NOT YET AVAILABLE) | $100.00 |
| 2. 2008 | NEW YORK UNIVERSITY - TEACHING | $20,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. American Bar Assoc. | Septembe 26-27, 2008 | Chicago, IL | ABA Litigation Conference | Transportation, Lodging, Meals |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G. | 05/13/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. PELF PARTNERS | NEGATIVE BALANCE IN CAPITAL ACCOUNT. | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JOHNSON & JOHNSON - COMMON | D | Dividend | M | T | Donated (part) | | | | |
| 2. PFIZER INC. - COMMON | D | Dividend | L | T | | | | | |
| 3. ROYAL DUTCH SHELL PLC - COMMON | C | Dividend | L | T | | | | | |
| 4. AMERICAN WASHINGTON MUTUAL FUND INVST B - MUTUAL FUND | A | Dividend | | | Sold | 07/14 | L | | |
| 5. MFS VALUE FUND CL B - MUTUAL FUND | | None | | | Sold | 10/03 | L | | |
| 6. VAN KAMPEN COMSTOCK FUND CL B - MUTUAL FUND | | None | | | Sold | 01/23 | M | | |
| 7. ALLIANZ OCC VALUE FUND CL C - MUTUAL FUND | | None | | | Sold | 01/24 | K | | |
| 8. ALLIANZ CCM CAP. APPREC. FUND CL B - MUTUAL FUND | | None | | | Sold | 07/14 | M | | |
| 9. AMERICAN GROWTH FUND OF AMERICA CL C - MUTUAL FUND | A | Dividend | K | T | Buy (add'l) | 12/24 | J | | |
| 10. COHEN & STEERS INT'L REALTY CL C - MUTUAL FUND | D | Dividend | | | Buy (add'l) | 01/02 | J | | |
| 11. | | | | | Sold | 02/07 | M | | |
| 12. FEDERATED KAUFMANN FUND CL C - MUTUAL FUND | | None | K | T | | | | | |
| 13. FRANKLIN INC FUND CL C | C | Dividend | | | Buy | 01/24 | K | | |
| 14. | | | | | Buy (add'l) | 02/07 | L | | |
| 15. | | | | | Sold | 11/19 | L | | |
| 16. OPPENHEIMER INT'L BOND FUND CLC | D | Dividend | M | T | Buy | 07/14 | M | | |
| 17. OPPENHEIMER VALUE FUND CL C | A | Dividend | L | T | Buy | 02/07 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MERRILL LYNCH CMA MONEY FUND - N.Y.,N.Y. | B | Dividend | K | T | Partial Sale | VAR | J | | Net Decrease To MM Fund |
| 19. N.Y. STATE DORM. AUTH. 5.3% MANHATTANVILLE BOND DUE 7/1/09 | B | Interest | K | T | | | | | |
| 20. TRIBOR. BRIDGE & TUNNEL BOND 6.625% DUE 1/01/12 | B | Interest | K | T | | | | | |
| 21. TRIBOR. BRIDGE & TUNNEL BOND 5.5% DUE 1/1/17 | B | Interest | K | T | | | | | |
| 22. N.Y. STATE MTG AGY BOND 5.60% DUE 10/01/17 | A | Interest | | | Sold | 01/17 | K | | |
| 23. N.Y STATE SER G BOND 5% DUE 08/01/15 | B | Interest | K | T | Sold (part) | 02/15 | J | A | |
| 24. | | | | | Sold (part) | 11/03 | J | A | |
| 25. N.Y. STATE TRANS BOND 5% DUE 05/01/16 | B | Interest | K | T | Sold (part) | 05/01 | J | A | |
| 26. N.Y. STATE SER C BOND 5.25% DUE 11/15/21 | A | Interest | | | Sold | 02/15 | K | A | |
| 27. N.Y. STATE DORM. AUTH. BOND 5% DUE 07/01/28 | B | Interest | | | Sold | 07/01 | K | A | |
| 28. N.Y. STATE TWY. AUTH. BOND SER. C 5.25% DUE 04/01/15 | B | Interest | | | Sold | 04/01 | L | A | |
| 29. N.Y. STATE SER C BOND 5% DUE 08/15/17 | B | Interest | K | T | | | | | |
| 30. N.Y. STATE MTG AGY BOND SER 80 5.10% DUE 10/01/17 | C | Interest | L | T | | | | | |
| 31. NY NY TRANS FIN ATRV FUT B BOND 4.75% DUE 11/15/23 | B | Interest | K | T | | | | | |
| 32. N.Y. STATE SER F BOND 5% DUE 08/01/23 | A | Interest | | | Sold | 02/15 | K | A | |
| 33. TRIBOR. BRIDGE & TUNNEL BOND 5.25% DUE 01/01/28 | C | Interest | L | T | | | | | |
| 34. N.Y. STATE URBAN DEV BOND 5.25% DUE 01/01/15 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. N.Y. STATE ENGY RESH BOND 5.5% DUE 01/01/21 | C | Interest | L | T | | | | | |
| 36. N.Y. STATE MTG ACGY REV BOND 5.05% DUE 10/01/17 | C | Interest | L | T | | | | | |
| 37. NY NY CY TRANSITNL BOND 5% DUE 05/01/25 | B | Interest | K | T | | | | | |
| 38. N.Y. STATE SER H BOND 5.125% DUE 08/01/25 | B | Interest | K | T | Sold (part) | 08/01 | J | | |
| 39. NY NY TRANSITNL AT BOND 5% DUE 05/01/26 | A | Interest | J | T | | | | | |
| 40. N.Y. CITY MUN WFA BOND 5% DUE 06/15/27 | C | Interest | L | T | | | | | |
| 41. N.Y. CITY MUN WTR BOND 5% DUE 06/15/29 | C | Interest | L | T | | | | | |
| 42. NY CITY IDA BOND 5% DUE 06/01/22 | C | Interest | L | T | | | | | |
| 43. N.Y. STATE URBAN DEV BOND 5% DUE 01/01/28 | A | Interest | | | Sold | 01/02 | K | A | |
| 44. NEW YORK NY TCRS BOND 5% DUE 03/15/29 | B | Interest | K | T | | | | | |
| 45. NY CITY CY TRANS BOND 5% DUE 05/01/31 | B | Interest | K | T | | | | | |
| 46. N.Y STATE SER C BOND 4.4% DUE 04/15/21 | B | Interest | K | T | | | | | |
| 47. N.Y. STATE NY SER F BOND 5.3% DUE 01/15/26 | C | Interest | L | T | | | | | |
| 48. N.Y. STATE DORM. AUTH. 4.75% REV ST JOHNS BOND DUE 07/01/28 | B | Interest | K | T | Sold (part) | 07/01 | K | A | |
| 49. TRIBOR. BRIDGE & TUNNEL BOND 5% DUE 11/15/32 | B | Interest | K | T | | | | | |
| 50. NY NY TRANSITNL FIN AUTH BOND 4.75% DUE 05/01/23 | C | Interest | L | T | Sold (part) | 05/01 | J | | |
| 51. NY NY CY TRANSTNL FIN ATRV BOND 5% DUE 02/01/33 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SUFFOLK CTY BOND 4.125% DUE 11/01/21 | B | Interest | K | T | | | | | |
| 53. DUTCHESS CTY BOND 4.5% DUE 08/01/26 | B | Interest | K | T | | | | | |
| 54. ST. LAWRENCE CTY BOND 4.25% DUE 05/15/28 | C | Interest | K | T | | | | | |
| 55. NEW YORK ST LCL GOVT BOND 4% DUE 04/01/21 | A | Interest | K | T | Buy | 03/03 | K | | |
| 56. NEW YORK NY SUBSER SER I-1 4.125% DUE 02/01/23 | B | Interest | L | T | Buy | 02/20 | L | | |
| 57. NY ST DORM AT RV ST BOND 5% DUE 02/15/24 | | None | K | T | Buy | 10/03 | K | | |
| 58. EAST HAMPTON NY BOND 4% DUE 06/15/25 | A | Interest | K | T | Buy | 06/09 | K | | |
| 59. NY ST DORM AT RV ST BOND 5% DUE 02/15/27 | | None | K | T | Buy | 11/19 | K | | |
| 60. NEW YORK ST URBAN DEV BOND 4.25% DUE 03/15/27 | B | Interest | K | T | Buy | 01/23 | K | | |
| 61. NEW YORK ST HFA PERS INC BOND 5% DUE 09/15/30 | | None | K | T | Buy | 12/22 | K | | |
| 62. CITIBANK CHECKING ACCOUNT - N.Y.,N.Y. | | None | J | T | | | | | |
| 63. MERRILL LYNCH (IRA ACCOUNT) - ML BANK CASH ACCOUNT (Y) | | | | | | | | | |
| 64. MERRILL LYNCH (IRA ACCOUNT) - ALLIANZ OCC VALUE FUND CL C | | None | | | Sold | 01/24 | J | | |
| 65. MERRILL LYNCH (IRA ACCOUNT) - AMERICAN CAPITAL G&I FUND CL C | A | Dividend | J | T | Buy | 01/28 | J | | |
| 66. MERRILL LYNCH (IRA ROLLOVER) - ML BANK CASH ACCOUNT | C | Interest | M | T | | | | | |
| 67. MERRILL LYNCH (IRA ROLLOVER) - AIM INT'L FUND | D | Dividend | L | T | | | | | |
| 68. MERRILL LYNCH (IRA ROLLOVER) - ALGER CAP. APPREC. FUND CL A | | None | L | T | | | | | Formerly CL B |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. MERRILL LYNCH (IRA ROLLOVER) - DAVIS NY VENTURE FUND CL A | B | Dividend | M | T | | | | | |
| 70. MERRILL LYNCH (IRA ROLLOVER) - ALLIANZ OCC VALUE FUND CL C | | None | | | Sold | 01/24 | M | | |
| 71. MERRILL LYNCH (IRA ROLLOVER) - PUTNAM INT'L EQUITY FUND CL B | | None | | | Sold | 01/23 | L | | |
| 72. MERRILL LYNCH (IRA ROLLOVER) - PUTNAM INT'L CAP OPP FUND CLA | C | Dividend | M | T | Buy | 12/29 | J | | Formerly CL B |
| 73. MERRILL LYNCH(IRA ROLLOVER)-AMER. CAP INC BUILDER FUND CL B | C | Dividend | K | T | Sold (part) | 08/12 | M | | |
| 74. MERRILL LYNCH(IRA ROLLOVER)-AMER. CAP INC BLDR FUND CL A | D | Dividend | M | T | Buy | 08/12 | M | | |
| 75. MERRILL LYNCH (IRA ROLLOVER) - MFS VALUE FUND CL C | A | Dividend | K | T | | | | | |
| 76. MERRILL LYNCH (IRA ROLLOVER) - AMER. GWTH FUND OF AMER CL C | A | Dividend | K | T | Buy | 12/24 | J | | |
| 77. MERRILL LYNCH (IRA ROLLOVER) - FED. KAUFMANN FUND CL C | | None | L | T | | | | | |
| 78. MERRILL LYNCH (IRA ROLLOVER) - OPPENHEIMER SELECT VALUE FUND | A | Dividend | L | T | Buy | 12/16 | J | | |
| 79. MERRILL LYNCH (IRA ROLLOVER) - OPPENHEIMER VALUE FUND CL C | A | Dividend | L | T | Buy | 12/04 | J | | |
| 80. MERRILL LYNCH(IRA ROLLOVER)- CD WILMINGTON TRUST CO 2.5% | | None | K | T | Buy | 09/30 | K | | |
| 81. MERRILL LYNCH(IRA ROLLOVER)- MAINSTAY LARGE CAP FUND CL C | | None | L | T | Buy | 01/24 | L | | |
| 82. MERRILL LYNCH(IRA ROLLOVER)- A LGER CAP APPREC FUND CL C | | None | K | T | Buy | 01/24 | K | | |
| 83. PELF PARTNERS - GENERAL PARTNERSHIP INTEREST | SEE | PART III | J | U | SEE PART VII FOR DUE TO NEGATIVE | | | LIABILITY DISCLOSED CAPITAL BALANCE | |
| 84. US TREASURY DIRECT - US TREASURY NOTES | A | Interest | | | Redeemed | 07/01 | L | | SEE PART VIII COMMENT |
| 85. CITY & SUBURBAN-SAVINGS ACCT YONKERS, N.Y. | A | Interest | | | Distributed | 07/01 | L | | SEE PART VIII COMMENT |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. HSBC BANK - MONEY MARKET AC CTS. - BUFFALO,N.Y. (Y) | A | Interest | | | Distributed (part) | 01/15 | J | | SEE PART VIII C OMMENT |
| 87. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G. | 05/13/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII - COMMENTS

1) INVESTMENTS REPORTED ON LINES 84,85 & 86 RELATE TO A TREASURY NOTE ACCOUNT AND CASH ACCOUNTS HELD AT TWO BANKS ON WHICH I AM NAMED CO-OWNNER WITH ▮▮▮▮▮▮, AS A CONVENIENCE TO HER. THE ACCOUNTS WERE FUNDED COMPLETELY BY ▮▮▮▮▮▮ AND ALL EARNINGS ON THESE ACCOUNTS ARE REPORTED BY HER. DUE TO MY LISTED ▮▮▮ OWNERSHIP I AM REPORTING THE ACCOUNTS AND INCOME AT THE TOTAL VALUE. THE TREASURY NOTE ACCOUNT AND ONE OF CASH ACCOUNTS WERE COMPLETLY LIQUIDATED IN 2008 AND THE FUNDS DISTRIBUTED TO ACCOUNT(S) FOR ▮▮▮▮▮▮ IN WHICH I HAVE NO INTEREST. THE REMAINING CASH ACCOUNT WAS PARTIALLY DISTRIBUTED IN 2008 TO ▮▮▮▮▮▮ ACCOUNT(S) IN WHICH I HAVE NO INTEREST. THE TOTAL REMAINING IN THE ONE REMAINING ▮▮▮ CASH ACCOUNT HAS FALLEN BELOW THE REPORTING THRESHOLD AMOUNT FOR 2008. THE ACCOUNT HAS BEEN DENOTED WITH A PARENTHETICAL (Y).

| Name of Person Reporting | Date of Report |
| --- | --- |
| Koeltl, John G. | 05/13/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY [redacted] VIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544